IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO.  4:20-cv-00991 |
| § | |
| CARRIGAN & ANDERSON, PLLC, § | |
| STEPHEN P. CARRIGAN, § | |
| § | |
| Defendants. § | |

## STIPULATION OF DISMISSAL

Defendants Carrigan & Anderson, PLLC and Stephen P. Carrigan (Defendants), and the United States have entered into a Settlement Agreement.  Pursuant to the Settlement Agreement and Federal Rule of Civil Procedure 41(a)(1), the Defendants and the United States stipulate and consent to the dismissal of this action: (a) with prejudice to the United States for the claims in this action released by the United States in the parties' Settlement Agreement; and (b) without prejudice to the United States for any claims in this action that are not specifically released by the United States in the parties' Settlement Agreement.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Defendants and the United States respectfully request that the Court order that this action be dismissed pursuant to the terms of this Stipulation of Dismissal.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

BY:   /s/  *Jose Vela Jr.*
Jose Vela Jr.
Assistant United States Attorney
Attorney in Charge
Fed ID# 25492

1

2

        Texas State Bar No. 24040072
        1000 Louisiana Street, Suite 2300
        Houston, Texas 77002
        713.567.9000
        713.718.3303 (fax)
        jose.vela@usdoj.gov

        Counsel for the United States

BY:   /s/  *Stephen P. Carrigan*
        Stephen P. Carrigan
        State Bar No. 03877000
        David M. Anderson
        State Bar No. 24064815
        Federal ID No. 985644

        Carrigan & Anderson, PLLC
        3100 Timmons Lane, Suite 210
        Houston, Texas 77027
        713-739-0810
        713-739-0821 (fax)
        scarrigan@ccatriallaw.com
        danderson@ccatriallaw.com

        Pro Se Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the *Stipulation of Dismissal* has been sent via first class mail or electronic mail (ECF) on August 20, 2020, to:

Stephen P. Carrigan
David M. Anderson
Carrigan & Anderson, PLLC
3100 Timmons Lane, Suite 210
Houston, Texas 77027
scarrigan@ccatriallaw.com
danderson@ccatriallaw.com

Pro Se Defendants

    /s/ *Jose Vela Jr.*
Assistant United States Attorney